## 55919. WHITE v. DEKALB COUNTY BOARD OF EDUCATION.

QUILLIAN, Presiding Judge.

The evidence, while in conflict, was sufficient to support the award of the State Board of Workmen's Compensation denying compensation.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED JUNE 7, 1978 — DECIDED JULY 14, 1978 — REHEARING DENIED JULY 31, 1978 —

*Richard R. Kirby, Joseph E. Williams,* for appellant.
*Weekes, Candler, Sams & Weatherly, R. Phillip Shinall, III,* for appellee.